```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 12642
   MANUEL SANCHEZ
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6887
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/04/06 and confirmed on 02/01/07.

   2.  The case was dismissed after confirmation, 07/20/2007.

   3.  The Debtor paid a total of $   3800.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 11239.84 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 1762.93 | 220.39 | 1762.93 |
| NATIONWIDE CAC LTD PARTN | SECURED VEHIC | 6696.31 | 126.17 | 837.09 |
| CAPITAL ONE BANK | UNSECURED | 1440.33 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 323.23 | .00 | .00 |
| DIVERSIFIED CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | .00 | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19699.08 | .00 | 1763.56 | .00 | 21462.64 |
| PRINCIPAL PAID | 2600.02 | .00 | .00 | .00 | 2600.02 |
| INTEREST PAID | 346.56 | .00 | .00 | .00 | 346.56 |
| TOTAL PAID | 2946.58 | .00 | .00 | .00 | 2946.58 |

The Debtor's attorney, THOMAS R HITCHCOCK              , was allowed $   2500.00
and was paid $    500.50   direct and $    663.42   through the plan.

The Trustee received $    190.00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/10/07                          /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                            PAGE  2
       CASE NO. 06 B 12642 MANUEL SANCHEZ
```